USDC SCAN INDEX SHEET










RYC     11/29/05     15:26
3:05-CV-01737    PROCTOR V. TRANSKARYOTIC
*9*
*M.*

ORIGINAL
FILED
05 NOV 28 PM 3:04

David S. Shukan (Cal. Bar No. 143683)
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Gerald J. Flattmann (Admitted Pro Hac Vice)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4720
Facsimile: (212) 446-4900
Attorneys for Defendant
TRANSKARYOTIC THERAPIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

"BY FAX"

| | |
|---|---|
| NEAL PROCTOR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRANSKARYOTIC THERAPIES, INC.<br>and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. 05-CV-1737 BEN (JMA)<br><br>**NOTICE OF MOTION<br>AND MOTION<br>TO DISMISS PLAINTIFF'S<br>COMPLAINT**<br><br>DATE: **January 9, 2006**<br>TIME: **10:30 a.m.**<br>CTRM: **3 -- The Honorable<br>　　　　Roger T. Benitez** |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on January 9, 2006, at 10:30 a.m. or as soon thereafter as the matter may be heard, Transkaryotic Therapies, Inc. ("TKT") will, and hereby does, move the Court to dismiss Plaintiff's complaint, pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(3), and, alternatively to transfer this action to the District of Massachusetts on the ground of *forum non conveniens*. This motion is brought on the grounds that this Court lacks personal jurisdiction and venue is improper. TKT does not have the requisite contacts in California to justify maintenance of this suit in this District. TKT is not incorporated in California and does not have a place of business in California. It has no employees in California and does not do any business in California. Further, none of the acts Plaintiff complains of are alleged to have taken place in California. In short, there is no basis for personal jurisdiction over TKT in this District and venue is not proper.

This motion is based on the Notice of Motion and Motion, the accompanying Memorandum, the accompanying Declaration of Karen Shahinian, all pleadings and papers on file in this action, and upon such other matters as may be properly presented to the Court.

DATED: November 28, 2005         KIRKLAND & ELLIS LLP,

                                 By: _____
                                     David S. Shukan

-1-

NOTICE OF MOTION AND MOTION TO                    CASE NO. 05-CV-1737
DISMISS PLAINTIFF'S COMPLAINT